UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | Case No. 24-cr-570 (EGS) |
| v. | : | |
| | : | |
| **DAVID RIVERA** | : | |
| | : | |
| **Defendant.** | : | |

## UNOPPOSED MOTION TO CONTINUE STATUS HEARING

Mr. Rivera, through counsel, respectfully requests that the Court continue the hearing scheduled for December 3, 2025, for approximately 90 days for the following reasons:

The Court granted a previous continuance of this matter for 60 days so that the government could continue providing discovery and so that the defense could have time to review the voluminous discovery and discuss options with Mr. Rivera.

In the interim, counsel has been reviewing discovery and has enlisted pro bono counsel to assist in the process given the voluminous document productions. The government has recently advised that it will turn over another round of discovery this week that counsel will also need to review.

In addition, the parties plan to engage in a reverse proffer in the next month or so to assist Mr. Rivera in future negotiation discussions.

Lastly, Mr. Rivera's trial in the Southern District of Florida, where the allegations are based on similar conduct as the instant matter, is set for February 9, 2026. The outcome of that matter will greatly impact this case.

Undersigned counsel has discussed this request with government counsel, who consents to a continuance.

1

For all of these reasons, Mr. Rivera respectfully requests that the Court continue this matter to sometime after his trial in February to allow the parties to complete the discovery production and review and engage in pre-trial resolution discussions.

The parties agree to toll time under the Speedy Trial Act between December 3, 2025, and the next status hearing.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org