**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **Case No. 24-cr-570 (EGS)** |
| **v.** | **:** | |
| | **:** | |
| **DAVID RIVERA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**CONSENT MOTION TO CONTINUE STATUS HEARING**

Mr. Rivera, through counsel, and with the consent of the government, respectfully requests that the Court continue the status hearing scheduled for May 19, 2026, until after July 22, 2026.

Mr. Rivera was recently convicted by a jury in 1:22-cr-20552 -MD in the Southern District of Florida. He was remanded into custody after the guilty verdict and is now incarcerated at FDC Miami. Therefore, he will not be able to attend the status hearing currently scheduled on May 19, 2026.

Mr. Rivera is scheduled to be sentenced for this conviction on July 22, 2026. Counsel for Mr. Rivera proposes that the Court continue this matter until after his sentencing. Undersigned counsel has discussed this request with government counsel, who consents to a continuance for these reasons.

The parties agree to toll time under the Speedy Trial Act between May 19, 2026, and the next status hearing. This continuance is warranted and an order excluding time would best serve the interests and ends of justice and outweigh the interests of the public and defendant in a speedy trial pursuant to the factors described in 18 U.S.C. §3161(h)(7)(A), (B)(i), (ii), and (iv).

1

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/

_____

Maria N. Jacob
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500
Maria_Jacob@fd.org

2